UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Bldg. 200, Suite C
Galloway, NJ 08205
(609) 748-6100
By: Steven A. Silnutzer, Esq.    SAS-0833

In Re:

Raymond D. Neate & Sheila D. Neate

Order Filed on December 19, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| Case No.: | 17-19216 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 9, 2017_____ :

Property:    213 Washington Avenue, Egg Harbor City, NJ 08215-1327

Creditor:    Caliber Home Loans

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Steven A. Silnutzer, Esq.___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 6, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:  
Raymond D. Neate  
Sheila D. Neate  
       Debtors

Case No. 17-19216-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 1           Date Rcvd: Dec 19, 2017
                               Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.  
db/jdb      +Raymond D. Neate,   Sheila D. Neate,   213 Washington Ave.,   Egg Harbor City, NJ 08215-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:

        Alexandra T. Garcia   on behalf of Creditor   Ditech Financial LLC NJECFMAIL@mwc-law.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Kevin M. Buttery   on behalf of Creditor   CALIBER HOME LOANS, INC. kevinbuttery@gmail.com  
        Nicholas V. Rogers   on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
        Steven A. Silnutzer   on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com,  
         G28047@notify.cincompass.com  
        Steven A. Silnutzer   on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com,  
         G28047@notify.cincompass.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                           TOTAL: 10