UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
335 E. Jimmie Leeds Rd.
Building 200- Suite C
Galloway, NJ 08205
By: Steven A. Silnutzer, Esq. SAS-0833

| | |
|---|---|
| In Re: | Case No.: 17-19216 |
| Raymond and Sheila Neate | Judge: JNP |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____Toyota Motor Credit_____ , creditor,

    A hearing has been scheduled for _____January 2, 2017_____, at _10:00 am_.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

We did fall behind on our payments to Toyota Motor Credit. We did make the regular payment for November, and we are paying the December payment. We had some unexpected expenses which put us behind. We would like to keep the Camry and would like to be able to catch up over a periof of 6 months.

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/26/2017    /s/Raymond D. Neate
                    Debtor's Signature

Date: 12/26/2017    /s/Sheila D. Neate
                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*