UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Bldg. 200, Suite C
Galloway, NJ 08205
(609) 748-6100
By: Steven A. Silnutzer, Esq.    SAS-0833

In Re:

Raymond D. Neate & Sheila D. Neate

Order Filed on February 26, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| Case No.: | 17-19216 |
| Chapter: | 13 |
| Judge: | JNP |

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 26, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____12/19/2017_____ :

Property:      213 Washington Avenue, Egg Harbor City, NJ 08215

Creditor:      Caliber Home Loans

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Steven A. Silnutzer, Esq.___ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____June 4, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond D. Neate  
Sheila D. Neate  
    Debtors

Case No. 17-19216-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 26, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db/jdb      +Raymond D. Neate,   Sheila D. Neate,   213 Washington Ave.,   Egg Harbor City, NJ 08215-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:

        Alexandra T. Garcia   on behalf of Creditor   Ditech Financial LLC NJECFMAIL@mwc-law.com  
        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Kevin M. Buttery   on behalf of Creditor   CALIBER HOME LOANS, INC. kevinbuttery@gmail.com  
        Nicholas V. Rogers   on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
        Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation  
         rsolarz@kmllawgroup.com  
        Steven A. Silnutzer   on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com,  
         G28047@notify.cincompass.com  
        Steven A. Silnutzer   on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com,  
         G28047@notify.cincompass.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 10