Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 17−19216−JNP
           Chapter: 13
           Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Raymond D. Neate                      Sheila D. Neate
   213 Washington Ave.                 aka Sheila D. Coles
   Egg Harbor City, NJ 08215           213 Washington Ave.
                                                     Egg Harbor City, NJ 08215

Social Security No.:
   xxx−xx−7602                             xxx−xx−7562

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 22, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 65 − 63
Order Granting Application for Extension of Loss Mitigation (Related Doc # 63). Loss Mitigation Period Extended to: 9/18/2018. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/22/2018. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 22, 2018
JAN: cmf

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond D. Neate  
Sheila D. Neate  
    Debtors

Case No. 17-19216-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 22, 2018  
                   Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm         +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 23 2018 00:01:56      Caliber Home Loans, Inc.,  
         16745 W. Bernardo, Suite 300,    San Diego, CA 92127-1908  
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:  
         Alexandra T. Garcia    on behalf of Creditor    Ditech Financial LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Kevin M. Buttery    on behalf of Creditor    CALIBER HOME LOANS, INC. kevinbuttery@gmail.com  
         Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
         Steven A. Silnutzer     on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com  
         Steven A. Silnutzer     on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 10