Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–19216–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raymond D. Neate
213 Washington Ave.
Egg Harbor City, NJ 08215

Sheila D. Neate
aka Sheila D. Coles
213 Washington Ave.
Egg Harbor City, NJ 08215

Social Security No.:
xxx–xx–7602

xxx–xx–7562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 5/18/21 at 11:00 AM

to consider and act upon the following:

*104* – Certification in Opposition to Calibur Home Loans Certification of Default (related document:103 Creditor's Certification of Default (related document:96 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 04/27/2021. (Attachments: # 1 Exhibit # 2 Certification of Creditor Regarding Post–Petition Payment History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CALIBER HOME LOANS, INC.) filed by Steven A. Silnutzer on behalf of Raymond D. Neate, Sheila D. Neate. (Silnutzer, Steven)

Dated: 4/28/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court