UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven Kelly, ESQ.
COUNSEL FOR MOVANT
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1040 N. Kings Highway
Suite 407
Cherry Hill, NJ 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:

Raymond D. Neate
Sheila D Neate aka Sheila D. Coles

Case No.: 17-19216-JNP

Adv. No.:

Chapter: 13

Hearing Date: 05/18/2021

Judge: Poslusny

# ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Steven P. Kelly,
   ☒ am the attorney for: Caliber Home Loans, Inc.
   ☐ am self-represented

   Phone number: 215-572-8111

   Email address: skelly@sterneisenberg.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: 05/18/2021 at 11:00 a.m.

   New date requested: 06/08/2021 at 11:00 a.m.

   Reason for adjournment request: Debtors' Cousnel has a scheduling conflict and the parties are attempting to resolve the matter.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 05/17/2021                                    /s/ Steven P. Kelly
                                                    Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 6/8/2021 at 11AM          ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*