Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 17–19216–JNP
                          Chapter:  13
                          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Raymond D. Neate | Sheila D. Neate |
| 213 Washington Ave. | aka Sheila D. Coles |
| Egg Harbor City, NJ 08215 | 213 Washington Ave. |
| | Egg Harbor City, NJ 08215 |

Social Security No.:
  xxx–xx–7602                                xxx–xx–7562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                November 9, 2021
Time:                10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*113* – Certification in Opposition to Certification of Default by Calibur Home Loans (related document:111 Creditor's Certification of Default (related document:109 Consent Order filed by Creditor CALIBER HOME LOANS, INC.) filed by Steven P. Kelly on behalf of CALIBER HOME LOANS, INC.. Objection deadline is 10/12/2021. (Attachments: # 1 Exhibit # 2 Certification of Creditor Regarding Post–Petition Payment History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor CALIBER HOME LOANS, INC.) filed by Steven A. Silnutzer on behalf of Raymond D. Neate, Sheila D. Neate. (Silnutzer, Steven)

and transact such other business as may properly come before the meeting.


Dated: October 13, 2021
JAN: kaj

                                                                        Jeanne Naughton
                                                                        Clerk