**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Raymond D. Neate<br>Sheila D. Neate | Case No.: 17-19216<br>Hearing Date: November 9, 2021<br>Chapter: 13<br>Judge: JNP |

### *AMENDED* NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Jerrold N. Poslusny Jr.  , United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Creditor's Certification of Default (Caliber Home Loans Inc.)

**Location of Hearing:** Courtroom No. 4-C
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

**Date and Time:** **November 9, 2021 at 11 a.m.**, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: November 2, 2021

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  November 2 , 20 21  this notice was served on the following: Debtor, Attorney for Debtor, Attorney for Creditor, Trustee, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Darlene E. Fitzgerald
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 17-19216-JNP
Raymond D. Neate                                                                        Chapter 13
Sheila D. Neate
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2
Date Rcvd: Nov 02, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond D. Neate, Sheila D. Neate, 213 Washington Ave., Egg Harbor City, NJ 08215-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin M. Buttery | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor CALIBER HOME LOANS  INC. kbuttery@moodklaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Sindi Mncina | |
| | on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Loss Mitigation Caliber Home Loans  Inc. smncina@raslg.com |
| Sindi Mncina | |
| | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Steven A. Silnutzer | |
| | on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven A. Silnutzer | |
| | on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven P. Kelly | |
| | on behalf of Creditor CALIBER HOME LOANS  INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15