Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−19216−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Raymond D. Neate                          Sheila D. Neate
   213 Washington Ave.                  aka Sheila D. Coles
   Egg Harbor City, NJ 08215        213 Washington Ave.
                                                Egg Harbor City, NJ 08215

Social Security No.:
   xxx−xx−7602                                    xxx−xx−7562

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 8, 2019.

On 2/13/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                  March 16, 2022
Time:                09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 14, 2022
JAN: kaj

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-19216-JNP

Raymond D. Neate                                                                 Chapter 13

Sheila D. Neate

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 4
Date Rcvd: Feb 14, 2022 | Form ID: 185 | Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond D. Neate, Sheila D. Neate, 213 Washington Ave., Egg Harbor City, NJ 08215-1327 |
| aty | + | Steven Kelly, Stern & Eisenberg, PC, 1040 N. Kings Highway, Ste. 407, Cherry Hill, NJ 08034-1925 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516808371 | | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516815043 | | Benjamin Neate, 213 Washington Ave Apt Eggg, Egg Harbor City, NJ 08215-1327 |
| 516857274 | + | CALIBER HOME LOANS, INC., Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516808372 | | Calibur Home Loans, Inc., PO Box 24610, Oklahoma City, OK 73124-0610 |
| 516808374 | | Carrie Brown Esq. Portfolio Recovery, ATL-DC-2002-16, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 516808375 | | Cenlar Federal Savings & Loan, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516870411 | + | Ditech Financial LLC, McCabe Weisberg & Conway, 216 Haddon Avenue, Suite 303, Westmont, NJ 08108-2811 |
| 516875459 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518289317 | + | LoanCare, LLC., 3637 Sentara Way, Virginia Beach, Virginia 23452, LoanCare, LLC., 3637 Sentara Way Virginia Beach, Virginia 23452-4262 |
| 518286320 | + | LoanCare, LLC., 3637 Sentara Way,, Virginia Beach, Virginia 23452-4262 |
| 516879355 | + | New Jersey Turnpike Authority, Mark Schneider, Esq., 581 Main Street, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516822904 | + | Prime Acceptance Co., c/o Ragan & Ragan, P.C., 3100 Route 138 West, Wall, NJ 07719-9020 |
| 516808390 | | Sallie Mae Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 516808392 | | Stern and Eisenberg, PC, Margaret Cascino-F-139142-15, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 519142880 | + | Steven Kelly, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 516808393 | | Superior Court of NJ - Atlantic County, ATL-DC-002002-16, 1201 Bacharach Blvd, Atlantic City, NJ 08401-4510 |
| 516808394 | | Superior Court- Forclosure Unit, F-039142, PO Box 971, Trenton, NJ 08625-0971 |
| 516958449 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 516960919 | + | TD Bank, N.A., Richard J. Tracy, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517014524 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517089759 | | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, c/o Caliber Home Loans, Inc., PO Box 619063, Dallas, TX 75261-9063 |
| 516995708 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2022 23:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2022 23:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 14 2022 23:05:00 | Caliber Home Loans, Inc., 16745 W. Bernardo, Suite 300, San Diego, CA 92127-1908 |
| 517808983 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 14 2022 23:05:00 | CALIBER HOME LOANS, INC., CALIBER |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | HOME LOANS, INC., BANKRUPTCY DEPARTMENT, 13801 WIRELESS WAY, OKLAHOMA CITY OK 73134-2500 |
| 517047808 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 14 2022 23:05:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 516808373 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2022 23:08:25 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516879347 | + | Email/Text: legal@castlecredit.com | Feb 14 2022 23:05:00 | Castle Credit Co. Holdings, Prime Acceptance Corp., PO Box 6462, Chicago, IL 60680-6462 |
| 516808377 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2022 23:09:17 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516808378 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2022 23:08:41 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516808379 | | Email/Text: mrdiscen@discover.com | Feb 14 2022 23:04:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 517033686 | | Email/Text: mrdiscen@discover.com | Feb 14 2022 23:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516808381 | | Email/Text: EBNBKNOT@ford.com | Feb 14 2022 23:04:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 516808376 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 14 2022 23:09:21 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516808382 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 14 2022 23:04:00 | Key Bank, NA, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 516808383 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2022 23:19:43 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516918778 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2022 23:09:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517029219 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2022 23:04:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516808384 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 14 2022 23:08:10 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516808385 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2022 23:04:00 | Midland Funding LLC, c/o Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 516808386 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 14 2022 23:04:00 | NJ EZ Pass Viiolation Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 516808387 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2022 23:09:14 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502-4962 |
| 517056216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2022 23:09:14 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517056181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2022 23:09:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517056253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2022 23:08:54 | Portfolio Recovery Associates, LLC, c/o Sams Club, POB 41067, Norfolk VA 23541 |
| 516808389 | | Email/Text: legal@castlecredit.com | Feb 14 2022 23:05:00 | Prime Acceptance Corp, 200 W Jackson Blvd Ste 720, Chicago, IL 60606-6941 |
| 519017699 | + | Email/Text: RASEBN@raslg.com | Feb 14 2022 23:04:00 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 516883811 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 14 2022 23:04:00 | Sallie Mae,, P.O box 3319,, Wilmington, DE 19804-4319 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: 185 | Total Noticed: 56 |

| 516808391 | | Email/PDF: gecsedi@recoverycorp.com | | | |
|---|---|---|---|---|---|
| | | | Feb 14 2022 23:09:11 | Sam's Club / Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 | |
| 516809579 | + | Email/PDF: gecsedi@recoverycorp.com | | | |
| | | | Feb 14 2022 23:09:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 516808395 | | Email/Text: bankruptcy@td.com | | | |
| | | | Feb 14 2022 23:04:00 | TD Bank NA, 70 Gray Rd, Portland, ME 04105-2019 | |
| 516808396 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | | |
| | | | Feb 14 2022 23:04:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 | |
| 517014524 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | | |
| | | | Feb 14 2022 23:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 | |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517088820 | *+ | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 518289316 | *+ | LoanCare, LLC., 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 516808388 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 516808380 | ## | DiTech Financial, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2022            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin M. Buttery | |

| | |
|---|---|
| | on behalf of Creditor CALIBER HOME LOANS  INC. kbuttery@moodklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com |
| Sindi Mncina | on behalf of Loss Mitigation Caliber Home Loans  Inc. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC smncina@raslg.com |
| Steven A. Silnutzer | on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven A. Silnutzer | on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven P. Kelly | on behalf of Creditor CALIBER HOME LOANS  INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15