| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEVEN A. SILNUTZER, P.C.<br>335 E. Jimmie Leeds Road<br>Building 200, Suite C<br>Galloway, New Jersey 08205<br>(609) 748-6100<br>By: Steven A. Silnutzer, Esq.    SAS-0833<br>Attorney for Debtor |
| In Re:<br><br>Sheila D. Neate |

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-19216

Chapter:    13

Hearing Date: February 23, 2022 @ 11:00am

Judge:    JNP

# ORDER ON MOTION TO DISMISS
# DEBTOR RAYMOND D. NEATE
# FROM THIS CASE

The relief set forth on the following page(s) is **ORDERED.**

**DATED: February 25, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the Court as a Motion to DISMISS Debtor Raymond D. Neate from this case by the debtor through the attorney, Steven A. Silnutzer, Esq., and for good cause showing, it is hereby

ORDERED that:

Debtor Raymond D. Neate shall be DISMISSED from this case. The case will continue solely in the name of the joint debtor Sheila D. Neate.