| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| STEVEN A. SILNUTZER, P.C. |
| 335 E. Jimmie Leeds Road |
| Building 200, Suite C |
| Galloway, New Jersey 08205 |
| (609) 748-6100 |
| By: Steven A. Silnutzer, Esq.    SAS-0833 |
| Attorney for Debtor |

Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sheila D. Neate

Case No.:     17-19216

Chapter:      13

Hearing Date: February 23, 2022@11:00am

Judge:        JNP

## ORDER ON MOTION TO DISMISS
## DEBTOR RAYMOND D. NEATE
## FROM THIS CASE

The relief set forth on the following page(s) is **ORDERED.**

**DATED: February 25, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 1 of 2

This matter having come before the Court as a Motion to DISMISS Debtor Raymond D. Neate from this case by the debtor through the attorney, Steven A. Silnutzer, Esq., and for good cause showing, it is hereby

ORDERED that:

    Debtor <u>Raymond D. Neate</u> shall be DISMISSED from this case. The case will continue solely in the name of the joint debtor <u>Sheila D. Neate</u>.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 17-19216-JNP
Raymond D. Neate   Chapter 13
Sheila D. Neate
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: Feb 25, 2022   Form ID: pdf903   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond D. Neate, Sheila D. Neate, 213 Washington Ave., Egg Harbor City, NJ 08215-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

**Name**    **Email Address**

Alexandra T. Garcia
    on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jane L. McDonald
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Kevin M. Buttery

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Creditor CALIBER HOME LOANS INC. kbuttery@moodklaw.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Sindi Mncina | |
|  | on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC smncina@raslg.com |
| Sindi Mncina | |
|  | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| Sindi Mncina | |
|  | on behalf of Loss Mitigation Caliber Home Loans Inc. smncina@raslg.com |
| Sindi Mncina | |
|  | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Steven A. Silnutzer | |
|  | on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven A. Silnutzer | |
|  | on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven P. Kelly | |
|  | on behalf of Creditor CALIBER HOME LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15