

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Caliber Home Loans, Inc.

Order Filed on March 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Raymond D. Neate
Sheila D. Neate
aka Sheila D. Coles
    Debtor

Case Number: 17-19216-JNP

Judge: Jerrold N. Poslusny, Jr.

Hearing Date(s): February 1, 2022

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY/CREDITOR'S CERTIFICATION OF
DEFAULT AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: March 29, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

| | |
|---|---|
| Applicant: | Caliber Home Loans, Inc. |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Steven A Silnutzer |
| Property Involved ("Collateral"): | 213 Washington Avenue, Egg Harbor City, NJ 08215 |

Relief sought:
☒ Motion for relief from the automatic stay/Creditor's Certification of Default
☐ Motion to dismiss
☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

☒ The Debtor is overdue for 8 months, from **07/01/2021** to **02/01/2022** and 1 month of down payment due on **07/31/2021**.

☒ The Debtor is overdue for 4 payments at **$1,483.44** per month and overdue for 4 payments at **$1,381.14** per month and overdue for 1 down payment at **$3,420.78**.

☐ The Debtor is assessed for ___ late charges at $_____ per month.

☒ Applicant acknowledges receipt of funds in the amount of **$2,800.00** received after the Certification of Default was filed and a Suspense Balance, at the time the Certification of Default was filed, in the amount of **$1,000.00**.

Total Arrearages Due: **$11,079.10**.

2. Debtor must cure all post-petition arrearages, as follows:

2

☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be made no later than _____.

☒ Beginning on **03/01/2022**, regular monthly mortgage payments shall continue to be made in the amount of **$1,381.14**, or as adjusted by any timely filed Notice of Mortgage Payment Change filed under Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒ The amount of **$11,079.10** shall be capitalized in the debtor's Chapter 13 plan. Debtors shall file a Modified Plan within fourteen (14) days of entry of this Order providing for the arrears contained herein as well as an Amended Schedule I and J, if necessary. Debtor and Movant hereby authorize the Chapter 13 Standing Trustee to make distributions under this Agreed Order from any funds on hand.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

☒ Regular monthly payment:   **Caliber Home Loans, Inc.**
**P.O. Box 24330**
**Oklahoma City, OK 73124**

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification

3

specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorneys' fees of $300.00, and costs of $0.00.

        The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Secured Creditor within _____ days.

    ☐ Attorneys' fees are not awarded.

_____
Steven A Silnutzer, Esquire
Counsel for Debtor

_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

Rev.8/1/15

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 17-19216-JNP
Raymond D. Neate                                                                                Chapter 13
Sheila D. Neate
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                              Page 1 of 2
Date Rcvd: Mar 30, 2022                   Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond D. Neate, Sheila D. Neate, 213 Washington Ave., Egg Harbor City, NJ 08215-1327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022                           Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin M. Buttery | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf903 | Total Noticed: 1 |

        on behalf of Creditor CALIBER HOME LOANS  INC. kbuttery@moodklaw.com

Rebecca Ann Solarz
        on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Sindi Mncina
        on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC smncina@raslg.com

Sindi Mncina
        on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com

Sindi Mncina
        on behalf of Loss Mitigation Caliber Home Loans  Inc. smncina@raslg.com

Sindi Mncina
        on behalf of Creditor Ditech Financial LLC smncina@raslg.com

Steven A. Silnutzer
        on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com

Steven A. Silnutzer
        on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com  G28047@notify.cincompass.com;silnutzerlaw@gmail.com

Steven P. Kelly
        on behalf of Creditor CALIBER HOME LOANS  INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 15