Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−19216−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raymond D. Neate
213 Washington Ave.
Egg Harbor City, NJ 08215

Sheila D. Neate
aka Sheila D. Coles
213 Washington Ave.
Egg Harbor City, NJ 08215

Social Security No.:
xxx−xx−7602

xxx−xx−7562

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Joint Debtor only was entered on December 28, 2022.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 29, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-19216-JNP
Raymond D. Neate                                                                 Chapter 13
Sheila D. Neate
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 4
Date Rcvd: Dec 29, 2022          Form ID: 148                Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Raymond D. Neate, Sheila D. Neate, 213 Washington Ave., Egg Harbor City, NJ 08215-1327 |
| aty | + | Steven Kelly, Stern & Eisenberg, PC, 1040 N. Kings Highway, Ste. 407, Cherry Hill, NJ 08034-1925 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516815043 | | Benjamin Neate, 213 Washington Ave Apt Eggg, Egg Harbor City, NJ 08215-1327 |
| 516857274 | + | CALIBER HOME LOANS, INC., Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 519704285 | + | Caliber Home Loans Inc, Attn: Cash Operations BK, PO Box 128, Greenville SC 29602-0128 |
| 516808374 | | Carrie Brown Esq. Portfolio Recovery, ATL-DC-2002-16, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 516808375 | | Cenlar Federal Savings & Loan, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 516870411 | + | Ditech Financial LLC, McCabe Weisberg & Conway, 216 Haddon Avenue, Suite 303, Westmont, NJ 08108-2811 |
| 519525030 | + | KML Law Group, P.C., 700 Market Place East, #5000, Philadelphia, PA 19106-2312 |
| 516822904 | + | Prime Acceptance Co., c/o Ragan & Ragan, P.C., 3100 Route 138 West, Wall, NJ 07719-9020 |
| 516808390 | | Sallie Mae Inc., PO Box 3229, Wilmington, DE 19804-0229 |
| 516808392 | | Stern and Eisenberg, PC, Margaret Cascino-F-139142-15, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |
| 519142880 | + | Steven Kelly, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 516808393 | | Superior Court of NJ - Atlantic County, ATL-DC-002002-16, 1201 Bacharach Blvd, Atlantic City, NJ 08401-4510 |
| 516808394 | | Superior Court- Forclosure Unit, F-039142, PO Box 971, Trenton, NJ 08625-0971 |
| 516958449 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 516960919 | + | TD Bank, N.A., c/o Law Office, of Richard J. Tracy III, Esq, 135 Montgomery St., Jersey City, NJ 07302-3633 |
| 517089759 | | U.S. Bank Trust, N.A., as Trustee for LSF9 Master, c/o Caliber Home Loans, Inc., PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 29 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 29 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 29 2022 20:39:00 | Caliber Home Loans, Inc., 16745 W. Bernardo, Suite 300, San Diego, CA 92127-1908 |
| cr | + | Email/Text: POCInquiries@BonialPC.com | Dec 29 2022 20:38:00 | Ditech Financial LLC, c/o Buckley Madole, PC, PO Box 9013, attn: Andrew Kussmaul, Addison, TX 75001-9013 |
| 516808371 | | EDI: BANKAMER.COM | Dec 30 2022 01:34:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517047808 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 29 2022 20:39:00 | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville SC 29601-2138 |
| 516808372 | | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 29 2022 20:39:00 | Calibur Home Loans, Inc., PO Box 24610, Oklahoma City, OK 73124-0610 |
| 516808373 | | EDI: CAPITALONE.COM | | |

Case 17-19216-JNP    Doc 155    Filed 12/31/22    Entered 01/01/23 00:10:20    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 148 | Total Noticed: 59 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 30 2022 01:34:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516879347 | + | Email/Text: legal@castlecredit.com | Dec 29 2022 20:39:00 | Castle Credit Co. Holdings, Prime Acceptance Corp., PO Box 6462, Chicago, IL 60680-6462 |
| 516808377 | | EDI: CITICORP.COM | Dec 30 2022 01:34:00 | Citi Cards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516808378 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 29 2022 20:37:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516808379 | | EDI: DISCOVER.COM | Dec 30 2022 01:34:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 516808380 | + | Email/Text: POCInquiries@BonialPC.com | Dec 29 2022 20:38:00 | DiTech Financial, c/o Buckley Madole, PC, PO Box 9013, Addison, TX 75001-9013 |
| 517033686 | | EDI: DISCOVER.COM | Dec 30 2022 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516875459 | + | Email/Text: POCInquiries@BonialPC.com | Dec 29 2022 20:38:00 | Ditech Financial LLC, c/o Buckley Madole, PC, attn: Andrew Kussmaul, PO Box 9013, Addison, TX 75001-9013 |
| 516808381 | | Email/Text: EBNBKNOT@ford.com | Dec 29 2022 20:39:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 516808376 | | EDI: JPMORGANCHASE | Dec 30 2022 01:34:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 516808382 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 29 2022 20:39:00 | Key Bank, NA, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 516808383 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2022 20:37:30 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518289317 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 29 2022 20:39:00 | LoanCare, LLC., 3637 Sentara Way, Virginia Beach, Virginia 23452, LoanCare, LLC., 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 518286320 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 29 2022 20:39:00 | LoanCare, LLC., 3637 Sentara Way,, Virginia Beach, Virginia 23452-4262 |
| 516918778 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 20:37:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517029219 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516808384 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2022 20:37:33 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516808385 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2022 20:39:00 | Midland Funding LLC, c/o Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 516808386 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2022 20:38:00 | NJ EZ Pass Viiolation Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 516879355 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 29 2022 20:38:00 | New Jersey Turnpike Authority, Mark Schneider, Esq., 581 Main Street, PO Box 5042, Woodbridge, NJ 07095 |
| 516808387 | | EDI: PRA.COM | Dec 30 2022 01:34:00 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502-4962 |
| 517056216 | | EDI: PRA.COM | Dec 30 2022 01:34:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517056181 | | EDI: PRA.COM | Dec 30 2022 01:34:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517056253 | | EDI: PRA.COM | Dec 30 2022 01:34:00 | Portfolio Recovery Associates, LLC, c/o Sams |

Case 17-19216-JNP  Doc 155  Filed 12/31/22  Entered 01/01/23 00:10:20  Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 29, 2022 | Form ID: 148 | Total Noticed: 59 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Club, POB 41067, Norfolk VA 23541 |
| 516808389 | | Email/Text: legal@castlecredit.com | Dec 29 2022 20:39:00 | Prime Acceptance Corp, 20 N. Wacker Dr, Ste. 2275, Chicago, IL 60606-3096 |
| 519017699 | + | Email/Text: RASEBN@raslg.com | Dec 29 2022 20:38:00 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170,, DULUTH, GA 30097-8461 |
| 516883811 | + | EDI: SALLIEMAEBANK.COM | Dec 30 2022 01:34:00 | Sallie Mae,, P.O box 3319,, Wilmington, DE 19804-4319 |
| 516808391 | | EDI: RMSC.COM | Dec 30 2022 01:34:00 | Sam's Club / Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 516809579 | + | EDI: RMSC.COM | Dec 30 2022 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516808395 | | EDI: TDBANKNORTH.COM | Dec 30 2022 01:34:00 | TD Bank NA, 70 Gray Rd, Portland, ME 04105-2019 |
| 516808396 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 29 2022 20:39:00 | Toyota Motor Credit, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054-4522 |
| 517014524 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 29 2022 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516995708 | | EDI: WFFC2 | Dec 30 2022 01:34:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517088820 | *+ | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville SC 29601-2138 |
| 517808983 | *+ | Caliber Home Loans, Inc., 75 Beattie Place, Suite 300, Greenville SC 29601-2138 |
| 518289316 | *+ | LoanCare, LLC., 3637 Sentara Way, Virginia Beach, Virginia 23452-4262 |
| 516808388 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4962 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | |

| | |
|---|---|
| | on behalf of Creditor Ditech Financial LLC NJECFMAIL@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Kevin M. Buttery | on behalf of Creditor CALIBER HOME LOANS INC. kbuttery@moodklaw.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| Sindi Mncina | on behalf of Loss Mitigation Caliber Home Loans Inc. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC FKA Green Tree Servicing LLC smncina@raslg.com |
| Steven A. Silnutzer | on behalf of Joint Debtor Sheila D. Neate stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven A. Silnutzer | on behalf of Debtor Raymond D. Neate stevenasil2000@yahoo.com G28047@notify.cincompass.com;silnutzerlaw@gmail.com |
| Steven P. Kelly | on behalf of Creditor CALIBER HOME LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14